

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00747-CV

**NORTHEAST INDEPENDENT SCHOOL DISTRICT**,
Appellant

v.

Blanch S. **REYNA**,
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-01212
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ALVAREZ, AND JUSTICE CHAPA

    In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them. *See* TEX. R. APP. P. 43.4.

    SIGNED December 10, 2014.

_____
Patricia O. Alvarez, Justice